UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY D. FOWLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　　Respondent. | Case No. C06-5620FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, and the remaining record, concludes that the objections rearguing Petitioner's views of the issues, are without merit. NOW, THEREFORE, the Court does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The petition is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

(3) The clerk is directed to send copies of this Order to Petitioner, and to the Hon. J. Kelley Arnold.

DATED this 2nd day of May 2007.

　　　　　　　　　　　　　　_/s/ Franklin D. Burgess_
　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1