# United States District Court

WESTERN DISTRICT OF WASHINGTON

BILLY D. FOWLER

      v.

MAGGIE MILLER-STOUT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5620FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

   May 3, 2007                                            BRUCE RIFKIN
Date                                                      Clerk

                                                            *s/CM Gonzalez*
                                                            Deputy Clerk